JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| ERNESTINE HOYE, <br><br> Plaintiff, <br><br> vs. <br><br> CAPITAL ONE BANK (USA), N.A. <br> Defendant. | Case No.: 2:20-cv-04996-SVW-PD <br><br> **ORDER** |

## ORDER

Pursuant to the stipulation of the Parties, Capital One Bank (USA), N.A. is dismissed with prejudice and each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: August 19, 2020

*/s/ Stephen V. Wilson*
Hon. Stephen V. Wilson
UNITED STATES DISTRICT JUDGE